IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASU D. KAKWANI,                          No. 2:05-cv-2388-MCE-GGH-PS

      Plaintiff,

  v.                                       ORDER

CALIFORNIA DEPARTMENT OF
ALCOHOL AND DRUG PROGRAMS,

      Defendants.
_____/

    On May 4, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) days.  No objections were filed.

    Accordingly, the Court presumes any findings of fact are correct.  See Orland v. U.S., 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

1  The Court has reviewed the applicable legal standards and,
2 good cause appearing, concludes that it is appropriate to adopt
3 the Proposed Findings and Recommendations in full.

4  Accordingly, IT IS ORDERED that:

5  1.  The Proposed Findings and Recommendations filed May 4,
6 2006, are ADOPTED;

7  2. Defendant's Motion to Dismiss, filed March 24, 2006, is
8 granted in part and denied in part.  To the extent that the
9 Plaintiff raises any claim under the Americans with Disabilities
10 Act, the Motion to Dismiss is granted.  To the extent that the
11 Plaintiff raises claims under Title VII of the 1964 Civil Rights
12 Act, the Motion to Dismiss is denied; and

13  3.  The case is stayed pending completion of the state
14 administrative proceedings (State Personnel Board).

15 DATED: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE