K. WILLIAM CURTIS
Chief Counsel, Bar No. 095753
WARREN C. STRACENER
Deputy Chief Counsel, Bar No. 127921
SANDRA L. LUSICH
Assistant Chief Counsel, Bar No. 195995
LORI A. GREEN
Legal Counsel, Bar No. 205136
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA 95814-7243
Telephone: (916) 324-0512
Facsimile: (916) 323-4723

Attorneys for Defendant
California Department of Alcohol and Drug Programs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VASU D. KAKWANI,                              No. 2:05-cv-2388-MCE-GGH-PS

      Plaintiff,

  v.                                          **ORDER**

CALIFORNIA DEPARTMENT OF
ALCOHOL AND DRUG PROGRAMS,

      Defendant.
_____/

    IT IS HEREBY ORDERED that this court action is dismissed with prejudice pursuant to the parties stipulation of dismissal.

    IT IS SO ORDERED.

DATED: January 3, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE